# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RAY M. HARRISON,
        Plaintiff(s),

v.

CO-OP SERVICES CREDIT UNION,
        Defendant(s).
_____/

CASE NUMBER: 09-12683

HONORABLE MARIANNE O. BATTANI

MAGISTRATE JUDGE MICHAEL J. HLUCHANIUK

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

    This case appears to be a companion case to **09-12666**. Pursuant to **Local Rule 83.11**, the Clerk is directed to reassign this case to the docket of the HONORABLE JOHN CORBETT O'MEARA AND DONALD A. SCHEER.

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE


s/JOHN CORBETT O'MEARA
UNITED STATES DISTRICT JUDGE

    Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers. Please indicate the appropriate case type: **[CIVIL]**.

    If the District Judge assigned to the companion case is located at another place of holding court, the new case number is _____.


Date: September 3, 2009

S/ S Schoenherr
Deputy Clerk

cc:   Counsel of Record
      Receiving Judge